# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **v.** | (For Offenses Committed On or After November 1, 1987) |
| CHOU-FU HO [1] | Case Number: 10CR2415-BTM |

BRYAN WHITE
Defendant's Attorney

**FILED**

**SEP 20 2011**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

REGISTRATION NO. 20298298

☐

THE DEFENDANT:

☒ pleaded guilty to count(s) Two of the Indictment

☐ was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 22 USC 2778(b)(2),(c); 22 CFR 121.1, 123.1, 127.1(a)(1) | EXPORT AND ATTEMPTED EXPORT OF DEFENSE ARTICLES WITHOUT A LICENSE | 2 |

The defendant is sentenced as provided in pages 2 through ____4____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) REMAINING _____ is ☐ are ☒ dismissed on the motion of the United States.

☒ Assessment: $100.00 to be paid forthwith

☒ $10,000 Fine ordered   ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

SEPTEMBER 2, 2011
Date of Imposition of Sentence

HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

10CR2415-BTM

DEFENDANT: CHOU-FU HO [1]
CASE NUMBER: 10CR2415-BTM

# PROBATION

The defendant is hereby sentenced to probation for a term of:

FIVE (5) YEARS.

The defendant shall not commit another federal, state, or local crime.

*For offenses committed on or after September 13, 1994:*

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __2__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution obligation, it is a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: CHOU-FU HO [1]
CASE NUMBER: **10CR2415-BTM**

# SPECIAL CONDITIONS OF SUPERVISION

[X] Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to t

[ ]

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate with undocumented alien smugglers.

[ ] Not reenter the United States illegally.

[ ] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[X] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[X] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[X] Remain in your place of residence for a period of 1 year except while working at a verifiable employment, attending religious services, undergoing medical treatment for himself or parents, grocery shopping, community service, or any other reason approved by the probation officer .

[ ] Pay a fine in the amount of $10,000.00, to be paid in installments of $500 per month, within 24 months.

[X] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] The defendant shall submit to 2-3 random drug tests per month for the first 6 months.

[X] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Obtain GED or a High school degree within 12 months.

[X] Complete   100   hours of community service in a program approved by the probation officer within 12 Months.

[ ] Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

[ ] If the defendant has complied with all conditions of Supervised Probation for ONE (1) year and obtain High School degree or Vocational Certification, Supervised Probation may be terminated on application to the Court and good cause shown.

[ ] Remain in your place of residence for a period of ONE (1) year, except while working at verifiable employment, attending religious services, undergoing medical treatment for himself or his parents, grocery shopping or any other reason approved by the probation officer.

DEFENDANT: CHOU-FU HO (1)
CASE NUMBER: 10CR2415-BTM                          ⊞

# FINE

The defendant shall pay a fine in the amount of _____$10,000.00_____unto the United States of America.

This sum shall be paid  ____  immediately.
                         **✗**  as follows:

IT IS ORDERED THAT THE DEFENDANT PAY A FINE IN THE AMOUNT OF $10,000.00 THROUGH THE CLERK, U.S. DISTRICT COURT AT A RATE OF $500 PER MONTH WITHIN 24 MONTHS. INTEREST WAIVED IF THE FINE IS PAID WITHIN 24 MONTHS.

The Court has determined that the defendant __does__ have the ability to pay interest. It is ordered that:

____  The interest requirement is waived.

____  The interest is modified as follows: